## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

**In re:**                                      §     **Case No. 96-10215-TMD-7**
                                         §
**CONQUEST AIRLINES CORP.**                      §     **Chapter 7**
                                         §
                                         §
                                         §
                    **Debtor(s).**     §

## THIRD AMENDED DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

         The undersigned trustee reports: \_\_\_\_

\_\_\_\_      The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

   **X**      More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

         Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:    10/3/16                  /s/ C. Daniel Roberts
                                         C. DANIEL ROBERTS, Trustee
                                         CHAPTER 7 TRUSTEE
                                         1602 EAST CESAR CHAVEZ
                                         AUSTIN, TX 78702
                                         (512) 494-8448

## EXHIBIT "A"

PLEASE CHECK ONE:

_____ Small Dividends

__X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| | 190 | $1,315.32 |
| BOWERS, JULIE B<br>11215 RESEARCH BLVD. #2163<br>AUSTIN, TX 78759 | | |
| CAMPBELL, JAMIE<br>503 UHLAND RD #66<br>SAN MARCOS, TX 78666 | 219/222 | $229.58 |
| ESKEW, JAMES R<br>824 HELENA AVE.<br>NEDERLAND, TX 77627 | 293 | $2,476.86 |
| TERESA DINAPOLI<br>4201 MONTERREY BLVD.<br>#612, AUSTIN, TX 78749 | 1064 | $31.51 |
| TIMOTHY CLAREY<br>RUNDBERG #238<br>AUSTIN, TX 78753 | 195A | $2,546.47 |
| TED MEDLIN<br>4350 AIRPORT RD<br>STE 5, Box 153<br>SANTA FE, NM 87505 | 216 | $394.30 |